**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC., *et al.*,<br><br>                    Debtors.<br><br>THOMAS KARANIEWSKY and ANGELA RODRIGUEZ on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>   v.<br><br>ALTEGRITY, INC., ALTEGRITY ACQUISITION CORP., ALTEGRITY HOLDING CORP., and US INVESTIGATIONS SERVICES, LLC,<br><br>                  Defendants. | Chapter 11<br><br>Case No. 15-10226 (LSS)<br><br>Jointly Administered<br><br>Adv. Proc. No. 15-50204 (LSS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

       Pursuant to Local Rule 9010-1(b) and the certification below, the undersigned counsel moves the admission *pro hac vice* of John S. Kiernan of the law firm of Debevoise & Plimpton LLP to represent the defendants in the above-captioned matter.

                                                        /s/ *Ryan M. Bartley*
                                                        Ryan M. Bartley (No. 4985)
                                                        Young Conaway Stargatt & Taylor, LLP
                                                        Rodney Square
                                                        1000 North King Street
                                                        Wilmington, Delaware 19801
                                                       Telephone:  302-571-6600

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

       Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective March 25, 2014.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

                                                         /s/ *John S. Kiernan*
                                                       John S. Kiernan
                                                       Debevoise & Plimpton LLP
                                                       919 Third Avenue
                                                       New York, New York 10022
                                                       Telephone:  212-909-6000

**ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

01:16865330.1